USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

# MANDATE

S.D.N.Y. - N.Y.C.
08-cv-3244
Wood, C. J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of July, two thousand eight,

Present:
    Hon. Sonia Sotomayor,
    Hon. Robert A. Katzmann,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Leverett Grissom,

    *Plaintiff-Appellant,*

v.                                                         08-2599-pr

Smooth Magazine, *et al.*,

    *Defendants-Appellees.*

Appellant, *pro se,* moves for appointment of counsel and *in forma pauperis* status. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Richard Alcantara*
    Richard Alcantara, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by: _____
    DEPUTY CLERK

SAO-PR

ISSUED AS MANDATE: 8/21/08